**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ERIC SANDERS,<br><br>Plaintiff,<br><br>-vs-<br><br>COMANCHE COUNTY DETENTION CENTER, et al.,<br><br>Defendants. | ) | NO. CIV-26-1544-HE |

**ORDER**

On August 21, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #10], recommending the court dismiss without prejudice this 42 U.S.C. § 1983 action, pursuant to Fed. R. Civ. P. 41(b), for failure to follow the court's rules and orders.

Magistrate Judge Mitchell advised Mr. Sanders of the right to object to the Report and Recommendation by September 11, 2026 as well as the consequences for failure to make timely objection. As of this date, no objection and no request for an extension of time to file an objection has been filed by plaintiff. Consequently, appellate review of the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #10] is **ADOPTED**. This action filed under 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE